**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| LUKE LOE, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:25-CV-95-RWS-JBB |
| | § | |
| COMMISIONER OF SOCIAL SECURITY, | § | |
| | § | |
| Defendant. | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Plaintiff Luke Loe initiated this civil action pursuant to the Social Security Act ("The Act"), Section 405(g), for judicial review of the Commissioner's denial of Plaintiff's application for Social Security benefits. Docket No. 1. The case was referred to United States Magistrate Judge J. Boone Baxter in accordance with 28 U.S.C. § 636.

On August 24, 2026, the magistrate judge issued a report and recommendation, recommending that the above-titled social security action be reversed and remanded. Docket No. 16. As of this date of this Order, no objections have been filed with respect to the magistrate judge's report and recommendation. Because no objections have been filed, any aggrieved party is barred from *de novo* review by the District Court of the magistrate judge's findings, conclusions, and recommendations, and, except upon grounds of plain error, from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *See Duarte v. City of Lewisville*, 858 F.3d 348, 352 (5th Cir. 2017); *Arriaga v. Laxminarayan*, Case No. 4:21-CV-00203-RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021).

The Court reviewed the pleadings in this case and the report and recommendation of the magistrate judge and has determined that the report and recommendation is correct. *See United States*

*v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (where no objections to a magistrate judge's report and recommendation are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law."). Accordingly, it is

**ORDERED** that Plaintiff's above-entitled Social Security action is hereby **REVERSED AND REMANDED**.

**So ORDERED and SIGNED this 29th day of September, 2026.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE